# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>AL-ASHRAF KHALIL<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 22-1002-M |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AL-ASHRAF KHALIL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about June 20, 2022, in Philadelphia, in the Eastern District of Pennsylvania, AL-ASHRAF KHALIL did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating to agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives that he was at his home at the time a fire broke out at a building he owned. The statement and representation were false because, as AL-ASHRAF KHALIL then and there knew, he was not at home at the time of the fire and instead was near the scene. In violation of Title 18, United States Code, Section 1001.

Date: 06/22/2022

/s Richard A. Lloret
*Issuing officer's signature*

City and state: Philadelphia, PA

Honorable Richard A. Lloret
*Printed name and title*

### Return

This warrant was received on *(date)* 06/22/2022, and the person was arrested on *(date)* 06/24/2022
at *(city and state)* Brooklyn, NY.

Date: 06/24/2022

*Arresting officer's signature*

DUSM Chris Berdos
*Printed name and title*