```
                   UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                    .
UNITED STATES OF AMERICA,           .
                                    .   Case No. 2:23-cr-157-CMR-1
              Plaintiff,            .
                                    .
         vs.                        .
                                    .   601 Market Street
AL-ASHRAF BASEM KHALIL,             .   Philadelphia, Pennsylvania  19106
                                    .
              Defendant.             .
. . . . . . . . . . . . . . . .     .   Monday, July 11, 2022
```

### TRANSCRIPT OF INITIAL APPEARANCE HEARING
### BEFORE THE HONORABLE LYNNE A. SITARSKI
### UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Government: | Jeanine Linehan, Esq. |
| | Sarah Damiani, Esq. |
| | UNITED STATES ATTORNEY'S OFFICE |
| | 615 Chestnut Street, Suite 1250 |
| | Philadelphia, Pennsylvania 19106 |
| | |
| For the Defendant: | R. Emmett Madden, Esq. |
| | R. EMMETT MADDEN, ESQUIRE |
| | 711 West Avenue, 1st Floor |
| | Jenkintown, Pennsylvania 19046 |
| | |
| Audio Operator: | Electronically Recorded |
| | by Carl Hauger, ESR |
| | |
| Transcription Company: | RedDoor Legal Services, LLC |
| | 44 Valley Forge Road |
| | Bordentown, N.J. 08505 |
| | (973)985-3668 |
| | www.reddoorlegalservices.com |

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

INDEX

|  | Page |
|---|---|
| DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING | 4 |
| BRADY WARNINGS | 6 |

```
 1            (Proceedings commence at 1:32 p.m.)
 2            THE COURT:  Good afternoon, everybody.
 3            PARTICIPANTS:  Good afternoon, Your Honor.  Good
 4   afternoon, Judge.
 5            THE COURT:  Have a seat.
 6         (Pause in proceedings)
 7            THE CLERK:  Docket Number 22-1025, United States v.
 8   Al-Ashraf Basem Khalil.
 9            MR. MADDEN:  Good morning, Your Honor.  Emmett
10   Madden here for Mr. Khalil.
11            THE COURT:  Good afternoon.  How you doing?
12            MR. MADDEN:  Good afternoon.  Sorry.
13            THE COURT:  It's all right.
14            MS. LINEHAN:  Good afternoon, Your Honor.  Jeanine
15   Linehan and Sarah Damiani for the United States.
16            THE COURT:  Good afternoon.  How are you?
17            MS. LINEHAN:  Good afternoon.
18            MS. DAMIANI:  Good afternoon.
19            THE CLERK:  If the interpreter could please state
20   and spell your name for the record.
21            THE INTERPRETER:  Ramez Zakhary.
22            THE CLERK:  I see you have your right hand raised.
23            THE INTERPRETER:  Yeah.
24         (Interpreter sworn)
25            THE COURT:  Okay.  Thank you.
```

1    Okay. I have the matter listed for an initial
2 appearance and a hearing on the Government's motion for
3 detention.
4    We have Mr. Madden here, retained counsel, so the
5 issue of rep -- the issue of representation has been
6 addressed.
7    There is a grand jury indictment. Has the
8 defendant been given a copy of the indictment?
9    MS. LINEHAN: Your Honor, it's actually just a
10 complaint and I do believe the defendant has a copy, but if
11 he does not, I'm happy to provide one right now.
12    (Participants confer)
13    MS. LINEHAN: Your Honor, if the record could
14 provide that I did provide an extra copy.
15    THE COURT: Okay. Thank you.
16    MS. LINEHAN: You're welcome.
17    THE COURT: So I'm informed that there is -- that
18 the Government is seeking detention here, and I'm informed
19 that the defendant is asking to continue that matter. Is
20 that correct, Mr. Madden?
21    MR. MADDEN: It is, Your Honor. Thank you.
22    THE COURT: Okay. And Ms. Linehan, I'm also
23 informed there's no objection from the Government on that
24 point, right?
25    MS. LINEHAN: That's correct, Your Honor.

| | |
|---|---|
| 1 | THE COURT: Okay. So, consistent with the |
| 2 | unopposed request of the defendant to continue the detention |
| 3 | hearing, I think what you asked for, Mr. Madden, was two |
| 4 | weeks? |
| 5 | MR. MADDEN: Yes, Your Honor. And the Government |
| 6 | and I just spoke and we believe that a good date, if I may be |
| 7 | so bold, would be Tuesday, August 2nd. |
| 8 | THE COURT: Okay. We'll list it for that date. |
| 9 | (Court and court personnel confer) |
| 10 | MS. LINEHAN: And Your Honor, I had mistakenly |
| 11 | informed counsel that I thought that the virtual mag court |
| 12 | started at 1:30, but I believe the virtual hearings start at |
| 13 | noon. |
| 14 | THE COURT: That's correct. Noon. |
| 15 | MS. LINEHAN: So I just want to correct that |
| 16 | impression. |
| 17 | And we are available on Tuesday, August 2nd, at |
| 18 | noon for that hearing. |
| 19 | THE COURT: Okay. |
| 20 | MR. MADDEN: Thank you. |
| 21 | THE COURT: All right. So, as discussed, we'll |
| 22 | continue the detention hearing until that date. |
| 23 | Is an interpreter needed or not? |
| 24 | THE DEFENDANT: (In English) Yes. |
| 25 | MR. MADDEN: Yes. |

```
 1                THE COURT:  Okay.
 2                MR. MADDEN:  I mean, he's requested an interpreter.
 3     We can communicate --
 4                THE COURT:  Right.
 5                MR. MADDEN:  -- somewhat, but --
 6                THE COURT:  Right.
 7                MR. MADDEN:  -- he's not --
 8                THE COURT:  That's fine.  I just note that the
 9     interpreter hasn't been translating?
10                THE INTERPRETER:  Because he told me that he knows
11     English, so if -- anything that is difficult for him, I will
12     translate for him.
13                THE COURT:  Okay.  Thank you.
14                THE INTERPRETER:  That's fine.
15                THE COURT:  Now, of course, Mr. Madden, I'll leave
16     it to you to be sure that your client knows what's happening
17     and that he's getting interpretation services if he needs it.
18     All right?
19                THE INTERPRETER:  Thank you, Your Honor.
20           (Court and court personnel confer)
21                THE COURT:  I hereby issue an order confirming that
22     the United States has an obligation to timely disclose Brady
23     information to the defendant.
24                I remind government counsel that failure to comply
25     with these disclosure obligations may result in consequences
```

```
1    such as the exclusion of evidence, dismissal of charges,
2    contempt proceedings, disciplinary referral, and any other
3    relief authorized by law.
4              I'll enter a written order further confirming these
5    obligations.
6              Ms. Linehan, do you -- and Ms. Damiani, do you
7    acknowledge them?
8              MS. LINEHAN:  Yes, Your Honor.
9              MS. DAMIANI:  Yes, Your Honor.
10             THE COURT:  All right.  Thank you.
11             And then I guess -- so it is a complaint and
12   warrant, so we'll list it for a probable cause hearing on the
13   2nd, as well.
14             MS. LINEHAN:  Thank you, Your Honor.
15             THE COURT:  All right.  Anything else?
16             MS. LINEHAN:  No, Your Honor.  May I be excused?
17             THE COURT:  Yes, thanks.
18             MS. LINEHAN:  Thank you, Your Honor.
19             MR. MADDEN:  No, Your Honor.  Thank you.
20        (Participants confer)
21             THE COURT:  Thank you.
22        (Proceedings adjourned to 8/22/22 at 12:00 p.m.)
23        (Concluded at 1:36 p.m.)
24                             *****
25
```

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter to the best of my knowledge and ability.

_____   August 15, 2023

Coleen Rand, AAERT Cert. No. 341

Certified Court Transcriptionist

For RedDoor Legal Services, LLC