UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA .       Case No. 2:23-cr-00157-CMR-1,2
                               .
                               .
            v.                 .   James A. Byrne U.S. Courthouse
                               .   601 Market Street
AL-ASHRAF KHALIL and           .   Philadelphia, PA 19106
ISAAM JAGHAMA,                 .
                               .
            Defendants.        .
                               .   November 18, 2024
. . . . . . . . . . . . . ..       3:31 p.m. to 4:20 p.m.

            PARTIAL TRANSCRIPT OF CRIMINAL TRIAL DAY 5 -
                  TESTIMONY OF MARK SONNENDECKER
               BEFORE HONORABLE CYNTHIA M. RUFE
            UNITED STATES DISTRICT COURT JUDGE AND JURY

APPEARANCES:

For the Government:            Office of the U.S. Attorney
                               By: AMANDA R. REINIZ, AUSA
                                   MICHAEL R. MILLER, AUSA
                               615 Chestnut Street, Suite 1250
                               Philadelphia, PA  19106

For Defendant                  Gerald A. Stein, P.C.
Al-Ashraf Khalil:              By:  GERALD A. STEIN, ESQ.
                               1500 John F. Kennedy Boulevard
                               Two Penn Center, Suite 520
                               Philadelphia, PA 19102

For Defendant Isaam            Law Offices of Michael N. Huff
Jaghama:                       By:  MICHAEL N. HUFF, ESQ.
                               1333 Race Street
                               Philadelphia, PA 19107

Audio Operator:                Erica Pratt

Proceedings recorded by electronic sound recording, transcript
              produced by transcription service

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609) 586-2311    Fax No. (609) 587-3599**

# I N D E X

**PAGE**

**WITNESS**

DIRECTOR MARK SONNENDECKER

  Direct Examination by Mr. Miller               3

1          (Requested excerpted portion

2       of the proceeding beginning at 3:31:30 p.m.)

3          THE COURT:  Mr. Miller?

4          MR. MILLER:  Your Honor, the Government's next

5   witness is Special Agent Mark Sonnendecker.

6          COURTROOM CLERK:  Please raise your right hand.

7              MARK SONNENDECKER, WITNESS, SWORN

8          COURTROOM CLERK:  Please your full name and spell

9   your last name for the record?

10          THE WITNESS:  My name is Mark Sonnendecker,

11   S-o-n-n-e-n-d-e-c-k-e-r.

12          THE COURT:  Please be seated.

13          THE WITNESS:  Thank you.

14                  DIRECT EXAMINATION

15   BY MR. MILLER:

16   Q    Good afternoon, Agent.

17   A    Good afternoon.

18   Q    Where do you currently work?

19   A    I am employed by the Bureau of Alcohol, Tobacco, Firearms,

20   & Explosives.

21   Q    Okay.  And what your current job duties with ATF?

22   A    I am a special agent.  I am physically assigned to Denver,

23   Colorado, but I work for a specialized unit within ATF's

24   Special Operations Division.

25   Q    And what's unit?

1  A    It is a -- I deal preliminarily in cellular records.  I

2  manage a nationwide cellular analytics program.

3  Q    Okay.  And what do you mean by a nationwide cellular

4  analytics program?

5  A    Essentially, looking at phone records and things that we

6  can get from phone companies to help investigators nationwide.

7  I will assist in analyzing those records, for both figuring out

8  where devices could have been in the past, as well as where

9  they are lifetime -- during lifetime tracking operations.

10 Q    Okay.  How long have you worked for the ATF?

11 A    Twenty-one years, sir.

12 Q    And how many of those 21 years have you spent analyzing

13 cell site location data?

14 A    Pretty much all of them.

15 Q    Okay.  Have you testified as an expert witness before

16 regarding cell site location data?

17 A    Yes, sir.  I have.

18 Q    All right.  And when did you start doing that?

19 A    I believe my first testimony was in 2015 or '16 as an

20 expert.

21 Q    Okay.  And currently at ATF, how much of your time do you

22 spend analyzing the location data for cell phones?

23 A    I would say most, most of my time is related to that.

24 Q    Okay.  With respect to your job, do you ever have any

25 phone calls with representatives from T-mobile?

1  A    Yes, I do.

2  Q    And what do you discuss on those calls?

3  A    Actually, with T-Mobile we have a monthly phone call with

4  supervisors of their law enforcement relations group, and we'll

5  talk about issues that ATF personnel have noted nationwide that

6  they're having either with historical records or with any of

7  the live collection of lifetime data.  We'll discuss some of

8  those issues.

9  Q    Okay.  Based on your experience and your conversations, do

10 you know how to interpret T-Mobile records?

11 A    I do.

12 Q    Okay.  And on T-Mobile records, if one person made a call

13 on Apple FaceTime to another person, would that specific call

14 show up on T-Mobile records?

15 A    No, sir.  It would not.

16 Q    Okay.  Now, over the course of your career have you

17 trained other people on how to analyze cell phone data?

18 A    Yes, I have.

19 Q    Okay.  How many classes have you taught on that subject? A

20    Easily over 30 different classes I've taught.

21 Q    Okay.  And are you familiar with the term historical cell

22 site analysis?

23 A    Yes, I am.

24 Q    What does that term mean?

25 A    Essentially, analyzing the different types of records that

1 we can get from the phone companies to figure out -- whatever

2 we need to figure out for that particular investigation, where

3 the general area of where a cell phone may have been,

4 historically, or the analytics relating to the records, you

5 know, how many times did person A person B, C & D things of

6 that sort.

7 Q    Will this sort of analysis let you approximate the

8 location of a cell phone at a particular point in time?

9 A    Yes, sir.

10 Q    Okay.  And, if you could give just an estimate, how many

11 times in your career do you think you have approximated the

12 location of a cell?

13 A    Well, I can tell you that I have reviewed several thousand

14 sets of phone records from the various phone company.  I've

15 been a part of well over 350 live-time tracking operations

16 where we've tried, successfully, found phones in live time, so

17 thousands of occasions, I've been involved in this type of

18 thing.

19 Q    Okay.  Have you ever use historical cell site analysis --

20 I believe you said you've done real-time analysis before?

21 A    Yes, sir.

22 Q    Okay.  And do you sometimes do that to help locate a

23 fugitive?

24 A    Yes, sir.

25 Q    Have you ever conducted an analysis for someone has been

1  excluded from suspicion as a result of your analysis? A

2  Absolutely.

3  Q     And based on your training and your experience, are cell

4  phone records, and particularly T-Mobile records, reliable when

5  you analyze them?

6  A     Yes, sir.

7  Q     Okay.  And why is it -- strike that.  How are they

8  reliable?  How do companies tend to rely on these records? A

9       Well, the records that we received, obviously, are

10  generated from the given phone company, in this instance

11  T-Mobile, and these records are what are kept by the phone

12  companies, and they're using these for essentially money,

13  right?  They have to have -- their systems have to be able to

14  capture the events that are occurring on the network so that

15  they can appropriately bill the customers for usage.  So, the

16  records that we receive, I have found to be reliable over the

17  years.

18  Q     Now, the field of historical cell site analysis, does that

19  have any limitations?

20  A     Yes, sir.

21  Q     And could you explain to the jury, what those are?

22  A     Yes.  When we're talking about cell site location

23  information, I like to use two terms to sort of describe this.

24  We have the term of precise and accurate.  So, precise would

25  mean an exact location, so where you -- you know, the corner of

1  A and B Street is where a phone is.  These records are not

2  precise enough for us to be able to tell an exact location.

3  So, think GPS points, which are points derived from

4  communications with satellites.  Those are precise points on

5  the earth.  These records are accurate enough to give us the

6  general area of where a device needs to be in order to access a

7  particular cell site and a particular antennae.

8  Q    And when you're analyzing this data, can you, yourself,

9  tell who is holding a particular cell phone at a particular

10 point in time?

11 A    No, sir.  I cannot.

12 Q    During your career, have you been qualified to testify as

13 an expert in the field of cellular, and telephone record, and

14 historical cell site analysis?

15 A    Yes, sir.  I have.

16 Q    And, approximately how many times have you been qualified

17 to testify as an expert?

18 A    In a trial setting like this, on 27 occasions.

19 Q    Okay.  Has any Court found that you were not qualified to

20 testify an expert?

21 A    No, sir.

22         THE COURT:  Your Honor, I would move to qualify

23 Special Agent Sonnendecker as an expert in the field of

24 cellular telephone record and historical cell site analysis.

25         THE COURT:  Is a request to cross examine as to the

1 agents, special agents, qualifications?

2          MR. STEIN:  No, Your Honor.

3          MR. HUFF:  No, Your Honor.  Thank you.

4          THE COURT:  Any objection?

5          MR. HUFF:  No objection, Your Honor.

6          MR. STEIN:  No objection.

7          THE COURT:  Based on his testimony and the lack of

8 objection, we will adopt and accept his testimony in his area

9 of expertise, cellular telephone records and historical cell

10 site analysis.

11          MR. MILLER:  Thank you, Your Honor.

12 BY MR. MILLER:

13 Q    Agent, could you briefly explain to the jury how a cell

14 phone works?

15 A    Yes, sir. When a cell phone is on, powered on, there are

16 communications that are occurring between the device and the

17 network to which it's assigned.  So for example, if it's a

18 T-Mobile phone, the phone is on, and there are signals being

19 sent back-and-forth between the device and the cell site, or

20 cell sites, that the actual device can see.  So, during the

21 course, even if you're not using a device to make or receive a

22 call or search the Internet, there are still communications

23 that are occurring between the network and the device itself. Q

24          Now, did you just testify that a cell phone will

25 connect with a cell site?

1   A    Yes, sir.

2   Q    What is a cell site?

3   A    A cell site is a, sort of a blanket term, for the location

4   of hardware that the cellular company puts out there.  So, all

5   of the Antennas.  Those antennas could be, so if you think of

6   the huge cell towers that you see along the side of the

7   freeway, or antennas that are affixed to a building or a light

8   pole, there's many different places where they put them.  So

9   the sort of blank term that I'll use is a cell site.

10  Q    Will multiple cell sites overlap with each other?

11  A    As far as coverage, sir?

12  Q    Yes, sir?

13  A    Yes.

14  Q    Okay.  And why is that?

15  A    The way that the networks are designed is that there is

16  overlapping coverage between antennas, so that as a user moves

17  from one site to the next, if let's say they're on a phone

18  call, that call does not just drop.  The goal is to have

19  significant overlapping coverage so that you have a seamless

20  experience as the user of that particular cell phone.

21  Q    And, is there a way that you, in your analysis, can

22  determine where a cell site is located?

23  A    Yes, sir.

24  Q    How do you do that?

25  A    In T-Mobile records, it's actually quite easy, because the

1  records themselves, they tell us the exact latitude and

2  longitude points as to where an antenna is located.  For

3  different carriers, sometimes we need to do a little bit of, a

4  little bit of work with the record that they give us, but they

5  all the carriers give us a cell site key that gives us the

6  latitude and longitude points of all of the cellular records --

7  or, I'm sorry, of all of the cell towers in a given area.

8  Q     Okay.  Are you familiar with the term?

9  A     Yes, sir.  I am.

10  Q     And, what is that?

11  A     Sector is a term, sort of another blanket term, that helps

12  us to understand the direction that an antenna or a series of

13  antennas are facing.  So generally speaking, a cell site is

14  designed to cover 360 degrees or a complete circle, and there

15  are multiple different sets of antennas that are oriented the

16  different directions in order to achieve this goal.  A sector

17  is the term that helps us to define which direction those

18  antennas are facing.

19  Q     How about the term data session, are you familiar with

20  that term?

21  A     Yes, sir.  I am.

22  Q     And what is that?

23  A     A data session is sort of kind of what it sounds like, is

24  when a data event on a phone is opened.  Our devices these days

25  are more data devices than they are used for actual calls, so

1  the cell phone companies will have channels or sessions that

2  are opened in order for your device to send and receive data.

3  This is generally what is referred to as a data session.

4  Q    Okay.  And, what would be the example of the use of a cell

5  phone that would generate a data session?

6  A    Sort of two different examples.  One could be if you are

7  let's say that you're going to look at a website on your phone,

8  in order to do that, a data session would need to be opened so

9  that data could be sent and received between the network and

10 your device.  Another example of that is, you could be doing

11 nothing with your phone and it could just be sitting idle in

12 your pocket, but the network will open a data session in the

13 event that data needs to be sent or received from the phone, so

14 a data session is sometimes could be user-generated or

15 sometimes could be occurring in the background without the user

16 necessarily doing anything.

17 Q    Okay.  Is there a way that cell sites and sectors are

18 numbered?

19 A    Yes, sir.

20 Q    And how are they numbered?

21 A    It's sort of all contingent upon how the phone company

22 decides to do that.

23 Q    Okay.

24 A    I can say that each antenna has its own unique identifier.

25 Q    And, how will a cell phone choose which cell site to use

1  at a specific point in time?

2  Q    So we earlier spoke about your phone is on and constantly

3  communicating with the network.  It's also scanning to see what

4  antennas are in a given area, and what can that cell phone see,

5  essentially see.  And during that process, it is analyzing the

6  signal quality of any and all of the antennas that it can see,

7  and sort of stacks and racks in the background.  And when an

8  event on a phone needs to occur, let's say that you need to

9  make a phone call, the handset itself will decide which antenna

10 it wants to communicate with, and then that connection between

11 that device and the network will be made.  From there, the

12 network sort of takes over and will balance phone calls, and

13 move the call to different cell site as needed, but at least

14 initially it's relating to the communications between the

15 device and the network.

16 Q    And just one more term, Agent.  Are you familiar with the

17 term timing advance record?

18 A    Yes, sir.

19 Q    And what is that?

20 A    This is a, sort of a different type of record, which will

21 discuss further, but what timing advance is generally speaking

22 is the synchronization between the handset and the network, and

23 what's occurring, are there a bunch of signals being sent

24 back-and-forth between the device and the network, and it's all

25 the synchronization of the timing between the network and the

1  handset itself.  During all of these communications, there are

2  a number of things that are occurring, but what the network is

3  also doing, is sort of being able to estimate approximately how

4  far away that handset is from the antennas to which it's

5  communicating, and that's based on pretty straightforward math

6  problem, the speed of light, which is how fast these radio

7  waves go back-and-forth between the phone and the network, and

8  then how much time it takes for the signals to travel, to

9  travel from the network, or from the antennae, to the device

10 and back, and based on that, we can estimate how far the

11 distance that that particular device is away from the antenna

12 to which it's communicating.

13 Q    Okay.  Talking about this specific case, were you called

14 upon to assist with an investigation into a fire at 300 West

15 Indiana Avenue?

16 A    In a limited capacity.  Yes, sir.

17 Q    Okay.  Did you obtain a series of records related to this

18 case?

19 A    I did.

20 Q    Okay.  Have you reviewed what's in evidence as Government

21 Exhibit 523?

22 A    Yes, sir.

23 Q    And does that show location data for cell phones of

24 defendant Khalil, and defendant Jaghama?

25 A    Yes, sir.

1 Q    After you got these records, what was the next step in

2 your work?

3 A    After receiving them, I first obviously opened them all up

4 and take a look at them.  They were all records from T-Mobile,

5 which I was very familiar with.  From there, I sort of look at

6 what are the facts of the case and what is it that I'm being

7 asked to look at, so giving that context to understand what to

8 look for with inside of these records.

9 Q    Okay.  And once you had that context, what did you do

10 that?

11 A    From there, I will use a software program or programs in

12 order to sort of reformat the data and put it into a way that's

13 much easier to analyze than just spreadsheets that are provided

14 from the phone company.

15 Q    Okay.  And what's the data is reformatted, what's the next

16 step in your process?

17 A    I'll start to look for what it is that I'm being asked to

18 look for, so in this matter there were -- the question was

19 where were -- what was the general area that these two devices

20 were in during a relevant timeframe.

21 Q    And was that including the time of the fire?

22 A    Yes, sir. It was.

23 Q    And the times before, and after the fire?

24 A    Yes, sir.

25 Q    Okay.  Based on your review and your analysis, did you

 1 prepare a report for this case?

 2 A    I did.

 3 Q    And does that illustrate your opinions about the locations

 4 of the defendants' cell phones.

 5 A    Yes, sir.

 6 Q    Could we pull up Exhibit 524 for witness?  Do you

 7 recognize this document?

 8 A    Yes, sir.  I do.

 9 Q    And what is it?

10 A    This is a PowerPoint that I created in support of my

11 analysis that I did.

12        MR. MILLER:  Okay.  Your Honor, I'd move to publish

13 524 to the jury.

14        THE COURT:  Any objection?

15        MR. STEIN:  No objection.

16        MR. HUFF:  No, Your Honor.

17        THE COURT:  Very well.

18 Q    And as we look at Page 1 of the report, could you tell us

19 whether your reports like these are peer reviewed?

20 A    Yes, sir.

21 Q    And what is peer reviewed?

22 A    It means that after I conduct an analysis of these

23 records, I will take my report and the underlying data and

24 provide it to another person and who is familiar with this

25 area, familiar with cellular records, and they'll review my

1  report and make sure that the things that I am saying in the

2  report are not over or understated, and they'll take a look to

3  ensure that everything that I'm essentially saying and doing is

4  accurate.

5  Q    Do you recall who peer reviewed this report?

6  A    It was one of two people and I can't remember which one

7  did it.

8  Q    Okay.  Are the individuals who peer review your reports,

9  people who have also been qualified to testify as experts in

10 state or federal court?

11 A    Yes, sir.

12 Q    Okay.  So Page 1 of the report, that looks like a cover

13 page?

14 A    Yes, sir.

15 Q    Okay.  And if we could go onto Page 2, what have you

16 illustrating on this page?

17 A    This is a -- since we're going to be talking about cell

18 sites and antennas, and cell towers, I think it's important for

19 us to sort of understand some of the nomenclature that we're

20 going to talk about.  So, the picture on the left is sort of a

21 traditional cell tower with, if we look at the top, there are a

22 number of white and antennas.  And, if we follow those

23 antennas, there's actually cabling that goes down that mast

24 down into this building down below, and in that building is

25 where the other half of the equipment is for this particular

1  cell site.  So, if I could draw an analogy, think of like a car

2  stereo, you have the antenna on the outside of the car, which

3  is similar to those white antennas on top of the mast, but then

4  inside of the car is the actual radio where you change the

5  channels and turn the volume up and down.  That's what's inside

6  of the building down at the bottom.

7  Q    Okay.  So, these pictures, are these showing example of

8  the cell site?

9  A    Yes, sir.

10 Q    Can we go to the next page?  What are you discussing on

11 this page?

12 A    We are kind of working on understanding what a sector is

13 and how the phone companies provide us the information so we

14 can figure out what direction an antenna is pointing.  The

15 phone company will tell us what is called the azimuth, and the

16 azimuth is a numerical value that describes the exact direction

17 an antenna is oriented. If we look at the picture on the right

18 hand side, and we look at that arrow pointing up towards the

19 number 12, and there's something that says zero degrees right

20 below it.

21         So, the azimuth of zero degrees would mean an antenna

22 is pointed directly north.  From there, we can -- we know that

23 a sector, or the entire area that this particular antenna would

24 provide cellular coverage to, is going to be approximately 120

25 degrees.  So, the visuals that were creating are approximately

1  120 degrees wide.

2  Q    Okay.  And can we go to the next page?  What are we

3  looking at here?

4  A    This is an example, visualization of things that we will

5  see for the rest of the PowerPoint.  So, the blue dot, sort of

6  the middle of the screen, is the physical location of the

7  antennas, the actual cell site.  That latitude and longitude

8  point was provided by the phone company and shows the exact

9  location of where those antennas were.  Then, we sort of have

10 this wedge shaped thing with these line, these blue lines

11 protruding.  That helps us to understand the sector.  It gives

12 us a general idea of where this -- or the directionality of the

13 antenna that was accessed during this event, faces.

14 Q    Okay.

15 A    Then, you have this little blue shaded area, and that

16 shaded area is nothing more than an aid in visualization.

17 Sometimes when we see these sectors without that blue shaded

18 area, it gets a little confusing as to which direction we're

19 actually pointing.

20 Q    Okay.  Can we go to the next page?  Earlier, did you

21 testify about timing advance data?

22 A    I did.

23 Q    What does this page show?

24 A    This is another type of cellular data that we're going to

25 see throughout this presentation.  Very similar, that blue dot,

1 is the physical location of a cell site.  Again, that

2 information is provided by the phone company.  That line, that

3 solid line, protruding from the blue dot, is the azimuth.  It's

4 the exact orientation of the antenna that was utilized.  Then,

5 we see this sort of blue arc that attached to it.  In these

6 records, we get an actual physical distance from the phone

7 company where they have estimated that that cellular device was

8 when the timing event occurred.  So, in this example, it was

9 1.2 miles or 1,950 meters away from the cell site.  So, when we

10 take all that data that T-Mobile provides, this is how we can

11 visualize.

12 Q    So, in other words, in an example such as this, would a

13 phone be estimated to be somewhere along the blue semi-circle

14 in the picture?

15 A    So, it could be.

16 Q    It could be?

17 A    This is a -- timing advanced data is the most accurate

18 data that the phone companies have, so it could be on that

19 line.  It could be a little bit closer.  It's also feasible

20 that it could be a little bit further.  But, it's not going to

21 be drastically further away because of how timing events

22 actually work with the network.

23 Q    Okay.  Could we go to the next page, please, and can we

24 zoom in on the box?  What information are we looking at here?

25 A    This is the actual subscriber from T-Mobile relating to a

1  phone number 267-690-3844, and in the first blue box that we

2  see, you can see it says subscriber name and it is subscribe to

3  Mr. Khalil.

4  Q    And did you analyze these cell phone location information

5  for defendant Khalil?

6  A    I did.

7  Q    And if you could go to the next box, or excuse me, the

8  next page?  Thank you.  Did you also analyze information

9  regarding Mr. Jaghama?

10 A    Yes, sir.

11 Q    Okay.  And what information about his phone number did you

12 analyze for T-Mobile?

13 A    So, these, again all of the records, the historical

14 records that came, were analyze.

15 Q    Okay.  And the records from T-Mobile, what did they show

16 defendant Jaghama's phone number as being?

17 A    856-982-4812.

18 Q    And if we could go to the next page?  All right.  Does

19 this map illustrate the actual analysis you did in this case?

20 A    It does.

21 Q    Okay.  What information are we looking at on Page 8 of

22 your report?

23 A    So, we are looking at the timeframe of 11:30 p.m. on June

24 17th through 12:30 a.m. on June 18, 2022.  And what we see are,

25 if we look at the green activity on the top portion of the

1  screen, these are records relating to Mr. Jaghama from his

2  phone, from his phone records.  And, what we can see is during

3  that time frame is there were 17 cellular events that accessed

4  two different cell sites in the general area.  And if we go

5  straight down, we can see in blue, there are 20 different

6  cellular events that occurred on the same site in the same

7  sector for, and this in blue, that relates to the events from

8  Mr. Khalil.

9  Q    Okay.  So, the parts of the map where you have green

10 figures, those relate to defendant Jaghama's phone?

11 A    Yes, sir.

12 Q    And will that be the case throughout your whole

13 presentation?

14 A    Yes, sir.

15 Q    And the parts with blue figures, is that Khalil's phone? A

16      Yes, sir.

17 Q    And will that be the case throughout your whole

18 presentation?

19 A    It is.

20 Q    Okay, an is it accurate to say that from 1130 p.m. to

21 12:30 a.m., defendant Khalil's phone was in the area of La Casa

22 Pizza?

23 A    Yes.

24 Q    Okay.  Could we go to the next page?  What information is

25 displayed on Page 9?

1  A    So, I was still looking at that same timeframe, 11:30 p.m.

2  until 12:30 a.m., but in the slide, what we see here, are phone

3  calls between the two parties that are isolated.  So, if we

4  look at the call out boxes, sort of on the right hand side, you

5  can see that at 11:50 p.m. there was a call, and outgoing

6  called, placed from Mr. Khalil to Mr. Jaghama, and then on the

7  other -- if you look at the call out boxes on the other side,

8  there's another phone call at 12:24 a.m. and it's -- this time

9  it's an outgoing call from the record from Mr. Jaghama and that

10 call goes to Mr. Khalil's number.  So, at 11:50 Khalil's phone

11 calls Jaghama's phone?

12 A    Yes, sir.

13 Q    And then at 12:24 a.m., Jaghama's phone called Khalil's

14 phone?

15 A    Yes, sir.

16 Q    Could we go to the next page?  What is shown on page 10? A

17       We are looking at 1:04 a.m.  We're looking at two

18 different -- or we're looking at a phone call that occurred

19 where it's an outgoing call from Mr. Jaghama to Mr. Khalil, but

20 in this image, what we can see is that the cell site access by

21 Mr. Jaghama's phone is different than what we'd seen in the

22 prior images.  This cell site is now much further south than

23 where it was before, and we can see that there's a yellow pin

24 on there that says Bennington Street, and there's a timing

25 advance event that we can see in here, which has that little

1 green arc, so it indicates that the device could have been in

2 that area.

3 A    So, from 12:30 a.m. to 1:04 a.m. did defendant Jaghama's

4 phone, move south towards La Casa Pizza?

5 A    It did.

6 Q    And at 1:04 a.m., did Mr. Jaghama's phone call Mr.

7 Khalil's phone? Y

8 A    es, sir.

9 Q    Can we go to Page 11?  What are we looking at on Page 11?

10 A    We're now looking at the timeframe of 1:05 a.m. through

11 two 1:32 a.m. and we're looking at the records just specific to

12 Mr. Khalil's phone, and what we can see here are series of

13 timing advance events, indicating that this device has moved

14 from the general area of La Casa Pizza, which is on the right

15 hand side of this image, over into the immediate area of Star

16 pizza.

17 Q    Okay.  So, those semi-circles, those are timing advanced

18 estimates?

19 A    Those are.

20 Q    Okay.  And, starting at 1:30 a.m., is Mr. Khalil's phone

21 now in the area of Star Pizza?

22 A    It is not general area.  Yes, sir.

23 Q    What do we see on Page 12?

24 A    This is a zoomed in image of those three timing advance

25 events that we saw from the prior image, but we're just zoomed

1  in now.  This is 130 a.m. to 1:32, so we can get a little

2  better idea of the location of these timing event spans, as

3  well as the cell site that carried these events.

4  Q    Okay.  And, once again, is this showing that defendant

5  Khalil's phone is in the approximate area of Star Pizza?

6  A    Yes, sir.

7  Q    If we go to Page 13, what do we see here?

8  A    We are looking at a timing advance event from Mr.

9  Jaghama's cellular records, the timing advance events.  This

10  one is at 1:31.  It access the same cell site and the same

11  sector that we saw in the prior image.

12  Q    Okay.  At 1:31 a.m., is defendant Jaghama's phone in the

13  approximate area of Star Pizza?

14  A    Yes, sir.

15  Q    Could we go to Page 14?  What is illustrated on Page 14 of

16  the report?

17  A    We are looking at a wider timeframe, 1:25 a.m. to 1:55

18  a.m. and we're looking at this record specific to Mr. Jaghama.

19  During that time, there were 10 total cellular events with

20  eight of them being timing advance events and two of them being

21  data sessions.  They all accessed the same cell site and they

22  all accessed the same sector oriented in the same direction.  Q

23           Okay.  So, from 1:31 a.m. through 1:47, was defendant

24  Jaghama's phone in the general area of Star Pizza?

25  A    Yes, sir.

Q    Can we go onto page 15?  Can you explain what these

pictures show on Page 15?

Q    Yes.  These are –– this is Google Earth historical

imagery, so I –– you know, T-Mobile says at latitude, X

longitude y, there's these antennas that carry these cellular

events, so I went into some historical imagery, which the

function within Google Earth we can go back in time and look at

different imagery, and I found a –– I used the latitude

longitude points that T-Mobile said was the location of the

cell site that carried these events that we've been

referencing, and at that exact location, I found a set of

antennas.   So, on the left-hand side, there's satellite

imagery with the date of June 6, 2022, and that red circle

indicates that it's, you know, your top down view.  We can see

where these antennas are.   Then, on the right hand side, this

is street view imagery from Google from August of 2021.   But

now, if we kind of tilt that access and look at the street

view, we can see what these antennas actually look like.

Q    Okay.  Did you use these pictures to verify that

T-Mobile's information about where cell sites are located is

accurate?

A    Yes.  I like to do this to cooperate underlying info from

T-Mobile.

Q    Okay.  And what's on the next page report?

A    It's another level of corroboration.  Again looking at

 1   some Google Earth historical imagery, I sort of did a view --

 2   and it's hard to say, but we're on the left hand side of this

 3   image is actually where Star Pizza is, so this is a street

 4   right in front of it, and as you look off to the west, you can

 5   see that church with those antennas up on the top.  So, another

 6   means of taking a look at information and understanding what

 7   the area is around where these events occurred.

 8   Q    Okay.  And the church with the antennas on top, that's in

 9   the red circle?

10   A    Yes, sir.  It is.

11   Q    And is that the cell site that the defendants' phones were

12   accessing around 130 a.m.?

13   A    Yes, sir.  It was.

14   Q    Okay.  And, this is a picture from the site of the arson

15   looking at that cell site?

16   A    From in the street, in front of where the arson occurred,

17   looking westbound.  Yes, sir.

18   Q    Thank you.  Can we go to Page 17?  Could you tell the jury

19   what's illustrated on Page 17 of the report?

20   A    We're looking at that time frame again of 1:25 a.m. to

21   1:55 a.m., and we're looking at specifically the records

22   attributed to Mr. Khalil.  So, if you look at the cell site

23   activity on the left hand side where it says -- the callout box

24   says 11 events between 1:25 and 1:48 a.m., it means there were

25   calls, or texts, or timing advance events, that were occurring

1  on that site in that sector.  And then if we look at the cell

2  site and the call box to the right of that, there's nine event

3  that particular cell site and sector between 1:50 a.m. and 1:55

4  a.m.

5  Q    So, from 1:25 to 1:48 a.m., which cell site was Khalil's

6  phone using on this map?

7  A    The one on the left hand side.

8  Q    And then starting at 1:50 a.m., which cell site did

9  Khalil's phone begin to use?

10 A    The one on the right hand side.

11 Q    Okay.  So, the one that's to the east of the location of

12 the fire?

13 A    Yes, sir.

14 Q    Can we go to Page 18?  What information is shown on Page

15 18?

16 A    We're looking at the same time frame that we just looked

17 at in the prior image, but in this image, I went ahead and just

18 isolated phone calls only.  So, what we're seeing here is on

19 the left hand side, the left hand cell site, there were four

20 calls that we can see in the call out boxes.  To -- or one

21 incoming and three outgoing.  Then, if you look at the cell

22 site boxes or call out boxes on the other side, there's a whole

23 series of phone calls that are occurring between 1:50 and 1:55

24 a.m.

25 Q    And between 1:50 and 1:55 a.m., if we're looking at

1 information on the right hand side, how many calls in that time

2 to defendant Khalil's phone with Anask (phonetic) Jaghama's

3 phone?

4 A    There were six contacts listed.

5 Q    Okay.  And if we can go on Page 19.  What information do

6 we see here?

7 A    Looking at the timeframe of 1:58 to 1:59 a.m., looking at

8 record specifics Mr. Khalil, there were a series of phone calls

9 that occurred during that two minute timeframe, as can be seen

10 in these call out boxes.  There are five separate calls.

11 Q    Okay.  And has the sector on this map changed from that of

12 previous map?

13 A    Yes, sir.  It has.

14 Q    And how does it done that?

15 A    In this instance, all of these calls are now accessing a

16 sector that is facing sort of an east, south east direction, so

17 in the prior image in a few minutes earlier, they were all

18 facing west facing antenna.

19       So, in order for that to occur, in order for the

20 device to now start accessing these, a sector facing the

21 opposite direction, the device needs to move into an area where

22 that sector is designed to find coverage.

23 Q    So, does the location information indicate that the device

24 continued traveling east away from Star Pizza?

25 A    It does.

Q    Okay.  And at 1:59 a.m., what number did Khalil's phone
call?

A    267-904-5482.

Q    And at the number associated with Anask Jaghama's?

A    Yes, sir.

Q    If we can go to page 20.  Are we still looking for
information about defendant's Khalil's phone?

A    Yes, sir.

Q    And what information about Khalil's phone is shown on Page
20?

A    We are looking at the timeframe of 2 a.m. to 2:05 a.m.,
and I was provided with another location of investigative
interest, Stella Street and B Street, which is represented by
the yellow icon, and I put a distance measurement in between
that location and the location of the star Pizza to give
context for what we're looking at on the screen and that
distance is sixth tenths of a mile.

Q    Okay.  In other words, the intersection of B and Stella is
.6 miles to the east of the scene of the arson?

A    Yes, sir.

Q    Okay.  And by the time range of 2 a.m. to 2:05 a.m., is
Khalil's phone in the approximate area of B and Stella Streets?

A    There are tiny advanced events during that time frame that
support that.  Yes, sir.

Q    Okay.  What about Page 21?  Whose phone are we looking at

1  now?

2  A    We're looking at the rest of records for Mr. Jaghama.

3  Q    Okay.  So, the same two locations, but now we're back to

4  Jaghama's phone?

5  A    Yes, sir.

6  Q    And what information about Jaghama's phone do we see here?

7  A    We see very, very, similar pattern of timing advance and

8  cell site activity that we saw during the same timeframe for

9  Mr. Khalil's phone.

10 Q    Okay.  And at around 2 to 2:05 a.m., is Jaghama's phone in

11 the approximate area of B and Stella Streets?

12 A    Yes, sir.

13 Q    Does the location information show that both phones

14 between 1:48 and 2 a.m. moved away from the area of Star Pizza

15 towards the area of B and Stella?

16 A    Yes, sir.

17 Q    Page 22, what do we see there?

18 A    And this is some Google Earth historical imagery.  Again,

19 as a level of corroboration, I went into Google with the

20 location for the cell site that we saw on those prior images

21 and used the latitude longitude coordinates provided by

22 T-Mobile to locate the antennas.

23 Q    So, are you again confirming that specific cell sites are

24 in the place where T-Mobile says they are?

25 A    Yes, sir.

1  Q    Okay.  Can we go to the next page?  What is this page

2  showing us?

3  A    Much like we saw previously, I've used Google Earth street

4  view in order to go from the intersection of Stella and B

5  Street.  In looking sort of northbound, you can actually see

6  those antennas that were accessed in this image.  You see the

7  red circle in up on top of that building are a series of

8  antennas.  Those are the antennas that carry some of the timing

9  advance events that we saw on the prior two slides.

10 Q    So, is this picture taken from the intersection of B and

11 Stella Streets?

12 A    Yes, sir.

13 Q    And is the red circle the location of a cell site that the

14 defendants' phones used on the night of the fire?

15 A    Yes, sir.

16 Q    Okay.  Could we go to P age 24?  So, I'm seeing blue

17 again.  Are we back to defendant Khalil's phone?

18 A    Yes, sir.

19 Q    What information about Khalil's phone do we see here? A

20      We're looking at the timeframe of 2:12 a.m. to 2:16 a.m.,

21 and we can see that there is a series of incoming phone calls

22 that accessed a cell site in a sector in a different area than

23 what we've been seeing for the prior 45 minutes or so, with a

24 sector facing northbound, and there is a yellow pin on the

25 screen, and I know the writing is small, but it says 4565

1  Pennhurst Street, and it's the Jaghama's residence.

2  Q    Okay.  So, by 2:15 a.m., was defendant Khalil's phone in

3  the approximate area of Jaghama's residence?

4  A    It was.

5  Q    And by Jaghama, is that defendant Isaam Jaghama?

6  A    Yes, sir.

7  Q    Okay.  And going on to Page 25, what does Page 25 show us

8  about the location of defendant Jaghama's phone?

9  A    During the timeframe of 2:12 a.m. to 2:18 a.m., there were

10 seven timing advance events from this phone that accessed a

11 cell site in a sector with timing advance estimates, placing

12 that device in the same general area.

13 Q    Okay.  So, from 2 to 2:05, was Jaghama's phone in the

14 approximate area of B and Stella streets?

15 A    It was.

16 Q    And by 2:12 to 2:18, had it moved to the area of Isaam

17 Jaghama's own house?

18 A    Into that general area.  Yes, sir.

19 Q    Can we go to Page 26?  What does Page 26 show us about the

20 location of defendant Jaghama's phone?

21 A    It's very similar information to what we saw on the prior

22 screen.  It's the same site and sector, but we're looking at

23 two actual phone calls that were occurring.  One at 2:16 and

24 one at 2:18 a.m.

25 Q    And what number did defendant Jaghama's phone call at 2:16

1  a.m.?

2  A      Phone number 856-419-5580.

3  Q      And who is that associate with?

4  A      Mr. Rahim (phonetic).

5  Q      Okay.  Can we go to Page 27 please?  What time period is

6  illustrated on this page?

7  A      We're looking at 2:18 a.m. until 3:15 a.m.

8  Q      And during that timeframe, where is defendant Jaghama's

9  phone located?

10  A     It's accessing the same site and sector that we saw in the

11  previous images, in the general area of his residence.

12  Q      And where is defendant Khalil's phone located in the blue?

13  A     It's accessing sites in sectors closer to the general area

14  of the Star Pizza.

15  Q      Okay.  So, has defendant Khalil's phone traveled back

16  towards the scene of the arson?

17  A      Yes, sir.

18  Q      And finally, can we look at Page 28?  What information is

19  illustrated on this page?

20  A      So, we're looking at the same time frame that we were

21  looking at in the prior image, but we're sort of isolating,

22  phone calls only, and I did this because there were a number of

23  phone calls during this timeframe.

24          So, if you look at the green cell site information in

25  the call out boxes, between 2:18 and 3:07, there were 27 phone

1   calls that occurred to six unique contacts.  Meaning, there

2   were six different numbers that were contacted during that

3   timeframe.  If we look over at the cell site information in

4   blue, in the blue call outs specific to Mr. Khalil, you see

5   that during the 2:19 to 3:06, there were 28 phone calls that

6   were made to ten different phone numbers.  I isolated this

7   because the up tick in call activity I found to be

8   significant.

9   Q    Okay.  And if we look at defendant Jaghama's cell phone

10  data, so on the right side of the screen, between 2:18 a.m. and

11  3:15 a.m., how many times did defendant Jaghama call defendant

12  Khalil, or defendant Khalil call defendant Jaghama?  How many

13  contacts were there with each other?

14  A    There were five and I know it's small font.  Sorry.

15  Q    Okay.  So, in the single hour, the defendants called each

16  other five times?

17  A    Yes, sir.

18          MR. MILLER:  Nothing further, Your Honor.

19          THE COURT:  Thank you.  Cross examine?

20          MR. STEIN:  I have no questions.

21          THE COURT:  Thank you.

22          MR. HUFF:  No questions, Judge.

23          THE COURT:  Thank you.  You may step down, sir.

24          THE WITNESS:  Thank you.

25          THE COURT:  This witness is excused.

1          (End of requested excerpted

2      portion of the proceeding at 4:20:02 p.m.)

3                    * * * * *

4              **C E R T I F I C A T I O N**

5          I, WENDY ANTOSIEWICZ, court approved transcriber,

6  certifies that the foregoing is a correct transcript from the

7  official electronic sound recording of the proceedings in the

8  above-entitled matter, and to the best of my ability.

9

10

11  /s/ Wendy Antosiewicz

12  WENDY ANTOSIEWICZ

13  J&J COURT TRANSCRIBERS, INC.      Date:  December 6, 2024

14

15

16

17

18

19

20

21

22

23

24

25