FROM: 84015053
TO:
SUBJECT: Request To Proceed Pro Se
DATE: 12/04/2024 06:57:30 PM


IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES
     V.

AL-ASHRAF KHALIL

CASE NO. 2:23-CR-00157-CMR

REQUEST TO PROCEED PRO SE

To the Honorable Judge Cynthia M. Rufe:

The defendant moves this court to proceed pro se pursuant Faretta. The defendant had attempted to contact his counsel about serious issues in the case, but he remained unresponsive,. The defendant has no other choice left than to represent himself Pro se. The defendant has strong reason to believe that the jury was erroneously instructed, which resulted in a guilty verdict. The defendant wishes to move this court for a new trial pursuant to Rule 33 based on the failure to instruct the jury about superseding cause and intervening cause. Theses instructions would have gave the defendant an opportunity to prove his innocence. In United States v. Meany, 2024 US DIST LEXIS 150867, the court held that the defendant were not criminally liable for the death of the victim because the victim broke the chain of causation by opening fire on the police officers. Moreover, the instruction about foreseeability was not enough to safeguard the defendant's right to a fair trial. as the court in Meany held: an alleged harm is not foreseeable simply because it is conceivable consequence of some actions. Instead, it must be the natural and probable consequence of the action at issue. At LEXIS 34. The firefighters not following procedures and the incident commander not communicating the danger that he was made aware of to his team is not a natural consequence of the defendant's own action. Finally, legal cause will not be present where there intervenes (1) a coincidence that not reasonably foreseeable or (2) an abnormal response. ! Lafave Substantive Criminal Law, Section 6.4(h) Page 495 (2d ed. 2003).

The defendant respectfully requests that the court allows him to represent himself to safeguard his right to a fair trial.



FOREVER USA

PHILADELPHIA PA 190
6 DEC 2024 PM 9 L

HAP...

Alashraf Khalil 840150S3
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19105

Clerk of Court
1100 Market St.
S. Philadelphia, PA 19106

RECEIVED
DEC - 9 2024

19106-172999