IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| V. : | |
| : | |
| AL-ASHRAF KHALIL : | CRIMINAL NO. 23-157 |
| : | |
| Defendant : | |

**DEFENDANT'S SENTENCING MEMORANDUM**

    Defendant stands convicted after trial of conspiracy to commit malicious damage to a building by fire (18 USC § 844 (n)), malicious damage to a building by fire (18 USC § 844 (I) and 2, wire fraud (18 USC § 1343, and use of fire to commit a felony (18 USC § 844 (h).  He awaits sentencing on October 22, 2025 after having been arrested on June 24, 2022.  Defendant has remained in custody for a period of 40 months since his arrest.

    The Defendant is 32 years of age, married and the father of 3 children.  He has a close relationship with his immediate and extended family and enjoys good relationships with neighbors, former employers and members of his religious community.  Numerous letters of support from same will be introduced at his sentencing hearing.

    The Defendant has no record of criminal convictions.

    While Defendant initially denied involvement in causing the fire at 300 West Indiana Avenue, subsequent to his arrest and indictment, he met with government agents and prosecutors on numerous occasions and provided information truthfully about his own and others involvement. Moreover, although unable to agree to the terms of a proffered plea agreement, Defendant did not

dispute or deny at trial that he was culpable for causing the fire. Rather, Defendant's defense was limited to challenging whether the tragic death and injuries resulting from the collapse of the building was the proximate result of the setting of the fire.

Thus, Defendant requests the Court to find Defendant has accepted responsibility for his role in devising and carrying out the arson scheme and that his post-arrest and indictment course of conduct at least mitigates his obstructive conduct.

The Defendant also seeks a downward departure from offense level 43 as there is no evidence that Defendant intentionally or knowingly caused the death of firefighter S.W. (See USSG § 2A.1.1 (2) (B). In fact, part of the plan included an effort to warn the building's tenants that the building was on fire in order to prevent harm to anyone.

Given all of the facts and circumstances about the crimes charged and the background and character of the Defendant as demonstrated by his lack of a criminal record, his strong family ties, employment and community involvement, a downward departure from the guidelines and a variance from same are requested.

Respectfully submitted,

**/s/ Gerald A. Stein**

---

Gerald A. Stein, Esquire
**GERALD A. STEIN, P.C.**
Two Penn Center, Suite 520
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 665-1130
gastein@geraldstein.com
*Counsel for Defendant Al-Ashraf Khalil*

Dated: October 16, 2025

## CERTIFICATION OF SERVICE

GERALD A. STEIN, Esquire, hereby certifies that a true and correct copy of the foregoing Defendant's Sentencing Memorandum was served by electronic filing as follows:

Amanda Reinitz, Esquire - AUSA
United States Attorney's Office

Talia Santella, US Probation Officer

Honorable Cynthia Rufe
United States District Judge

/s/ Gerald A. Stein
_____
GERALD A .STEIN, ESQUIRE

Dated: October 16, 2025